UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SUPERIOR ARCHITECTURE AND CONSTRUCTION, LLC, *et al.*, | : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No.: 1:22-cv-00427 (ABJ) |
| GENERAL COUNSEL, P.C., *et al.*, | : : | |
| Defendants. | : : | |

### JOINT REPORT REGARDING MEDIATION

Pursuant to this Court's May 9, 2024 Minute Order, counsel for the parties submit this joint report on the status of the mediation.

On June 14, 2024, the parties participated in a settlement conference before Honorable Moxila A. Upadhyaya. The settlement conference was continued to a future date to allow for further exchange of information and discussions between the parties. On September 10, 2024, a second settlement conference was held.

The parties were unable to resolve this matter and request that the Court issue a scheduling order.

Dated: September 11, 2024            Respectfully submitted,

**GORDON REES SCULLY MANSUKHANI, LLP**

By:   /s/ Kelly M. Lippincott
      Kelly m. Lippincott, Esquire
      (D.C. Bar No. 484610)
      277 S. Washington Street, Suite 550
      Alexandria, Virginia 22314

*Counsel for Defendants General Counsel, P.C., Estate of Merritt Green, and Andrew Baxter*

**THE LAW OFFICE OF CLIFTON M. MOUNT, PLLC**

By:   /s/ Clifton M. Mount_____
Clifton M. Mount, Esquire, #417462
1627 K Street, N.W.
Suite 400
Washington, D.C.  20006
(202) 262 9125 telephone
cliftonmount@yahoo.com

*Counsel for Plaintiffs Superior Architecture and Construction, LLC, and Daniel Steinkoler*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of September, 2024, the undersigned e-filed the foregoing with the Court's CM/ECF system, which caused the same to be served electronically on the following:

Clifton M. Mount, Esq.
DC Bar No.: 417462
1627 K Street NW, Suite 400
Washington, D.C. 20006
CliftonMount@yahoo.com
*Counsel for Plaintiffs*

/s/ Kelly M. Lippincott_____
Kelly M. Lippincott