IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SUPERIOR ARCHITECTURE
AND CONSTRUCTION, LLC, et al.   :

    *Plaintiff*   :

v.   : **Civil Action No.: 1:22-cv-00427-ABJ**

GENERAL COUNSEL, P.C., et al.   :

    *Defendants*   :

## STIPULATION OF DISMISSAL *WITH PREJUDICE*

TO THE CLERK:

Please mark the above-captioned matter as DISMISSED pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

        Respectfully submitted,

By:  */s/ David L. Rubino*
     David L. Rubino, Esquire (450471)
     9412150121
     McCarthy Wilson LLP
     2200 Research Boulevard, Suite 500
     Rockville, MD 20850
     (301) 762-7770 (phone)
     rubinod@mcwilson.com
     *Counsel for Plaintiff,*
     *Superior Architecture and Construction, LLC*
     *and Daniel Steinkoler*

**LAW OFFICES**
**McCARTHY WILSON LLP**
A LIMITED LIABILITY PARTNERSHIP
WWW.MCWILSON.COM

By:   */s/ Kelly M. Lippincott*
Kelly M. Lippincott, Esquire
Stephanie G. Bortnick, Esquire
Gordon & Rees, LLP
277 S. Washington Street, Suite 500
Alexandria, VA 22314
(703) 650-7026 (phone)
klippincott@grsm.com
*Counsel for Andrew Baxter, Merritt Green, and General Counsel, P.C.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this **1st** day of November, 2024, a copy of the foregoing *Stipulation of Dismissal* was electronically filed with the Court and served via email to all counsel of record.

By:   */s/ David L. Rubino*
David L. Rubino, Esquire

LAW OFFICES
McCARTHY WILSON LLP
A LIMITED LIABILITY PARTNERSHIP
WWW.MCWILSON.COM